IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

VICKIE BELL; PHILLIP B. BELL, JR.
and JONATHAN BELL                                                                                    PLAINTIFFS

v.                                              Case No. 1:13-cv-01075

MINE SAFETY APPLIANCES;
RUEMELIN MANUFACTURING
COMPANY, INC.; PULMOSAN
SAFETY EQUIPMENT CORPORATION;
CLEMCO INDUSTRIES, INC.; and
JOHN DOES 1-7                                                                                         DEFENDANT

## JUDGMENT

Before the Court are two Motions for Summary Judgment filed by Defendant Ruemelin Manufacturing Company, Inc. ("Ruemelin"). (ECF Nos. 103 & 143). Plaintiffs have responded to these motions. (ECF Nos. 121 & 155). Ruemelin has filed Replies. (ECF Nos. 124 & 160). Plaintiffs have filed a surresponse. (ECF No. 168). Defendant has filed a surreply. (ECF No. 183). For the reasons set forth in the Memorandum Opinion of even date, Defendant's Motion for Summary Judgment (ECF No. 143) is GRANTED, and Defendant's Motion for Summary Judgment (ECF No. 103) is GRANTED. Judgment is hereby entered in favor of Defendant Ruemelin Manufacturing Company, Inc.

**IT IS SO ORDERED**, this 26th day of February, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge