IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

VICKIE BELL; PHILLIP B. BELL, JR.
and JONATHAN BELL                                                                                       PLAINTIFFS

v.                                              Case No. 1:13-cv-01075

MINE SAFETY APPLIANCES;
RUEMELIN MANUFACTURING
COMPANY, INC.; PULMOSAN
SAFETY EQUIPMENT CORPORATION;
CLEMCO INDUSTRIES, INC.; and
JOHN DOES 1-7                                                                                           DEFENDANTS

## JUDGMENT

Before the Court is Plaintiffs' Motion to Re-Assert Default Judgment Against Pulmosan Safety. (ECF No. 200). For the reasons set forth in the August 3, 2016 Order (ECF No. 206), Plaintiffs' Motion for Default Judgment Against Pulmosan Safety (ECF No. 200) is GRANTED. Plaintiffs are awarded $929,269 for Vickie Bell's damages; $199,150 for Jonathan Bell's damages; and $199,150 for Phillip Bell, Jr.'s damages, for a total of $1,327,569.

**IT IS SO ORDERED**, this 29th day of August, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge