IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

VICKIE BELL; PHILLIP B. BELL, JR.;
and JONATHAN BELL                                                                           PLAINTIFFS

v.                                   Case No. 1:13-cv-1075

MINE SAFETY APPLIANCES;
RUEMELIN MANUFACTURING
COMPANY, INC.; PULMOSAN
SAFETY EQUIPMENT CORPORATION;
CLEMCO INDUSTRIES, INC.; and
JOHN DOES 1-7                                                                               DEFENDANTS

## ORDER

In accordance with the Eighth Circuit's opinion in *Bell v. Pulmosan Safety Equipment Corporation*, 906 F.3d 711 (2018), the Court finds that it lacks jurisdiction over Defendant Pulmosan Safety Equipment Corporation ("Pulmosan"). Accordingly, the Judgment (ECF No. 208) of August 29, 2016, is void and **VACATED**. Likewise, the order granting Plaintiffs' Motion for Default Judgment (ECF No. 206) is hereby **VACATED** and Plaintiffs' Motion for Default Judgment (ECF No. 200) is **DENIED**. Furthermore, the order denying Pulmosan's Motion to Vacate Judgment Under Rule 60(b)(4) (ECF No. 215) is **VACATED** and Pulmosan's Motion to Vacate Judgment Under Rule 60(b)(4) (ECF No. 209) is **GRANTED**.

**IT IS SO ORDERED**, this 16th day of November, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge